999 A.2d 1150

IN THE MATTER OF CHRISTOPHER WEST
HYDE, AN ATTORNEY AT LAW.

August 9, 2010.

## ORDER

This matter having been duly presented to the Court on the motion for reinstatement to practice filed by **CHRISTOPHER WEST HYDE** of **CHESTER,** who was admitted to the bar of this State in 1987, had who has been temporarily suspended from the practice of law since July 29, 2010;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative costs owed;

And good cause appearing;

It is ORDERED that the motion is granted, and **CHRISTO-PHER WEST HYDE** is reinstated to the practice of law, effective immediately.